UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Michial E. Lindstrom,
Shirley A. Lindstrom
Debtor(s).

Case No. 18-12854-j13

## CERTIFICATION IN SUPPORT OF ENTRY OF CHAPTER 13 DISCHARGE

The Debtor(s), Michial E. Lindstrom Shirley A. Lindstrom hereby certify:

1. I have made all of the payments required under the confirmed Chapter 13 Plan in this case (including any modifications) and I have fully complied with the terms of that Plan.

2. I have completed an instructional course concerning personal financial management described in 11 U.S.C. § 111 and have filed Official Form 423 either prior to the filing of this certification or with this certification.

3. Check the box that applies; one box MUST be checked:

[X] I am not required by judicial or administrative order or law to pay a domestic support obligation (child support or spousal support).

[ ] I was required to pay a domestic support obligation during this case, and I certify that I have paid all domestic support obligations due through today, under the order or law requiring support payments.

If I have paid domestic support obligations during this chapter 13 case, my current employer's name and address are:

_____
Name of current employer
Employer's address: _____
_____

4. I have not received a discharge in any prior Chapter 7, 11, or 12 bankruptcy case filed within the four-year period prior to the date that I filed this Chapter 13 bankruptcy case; and I have not received a discharge in any previous Chapter 13 bankruptcy case filed during the two-year period before I filed this Chapter 13 bankruptcy case.

5. I have no reason to believe that there is any pending investigation or proceeding in which I may be found guilty of, nor do I owe a debt arising from, any of the following:

(i) a felony involving the abuse of bankruptcy law;

NM LF 4004-1 (rev. 2/20/19)

(iii) fraud, deceit, or manipulation in a fiduciary capacity (where I am responsible for managing someone else's money, property or affairs) involving the purchase or sale of any securities;

(iv) any civil offense under § 1964 of Title 18 U.S. Code (federal criminal laws); or

(v) any criminal act, any intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Date: 11/21/22    _/s/ Michial E. Lindstrom_
Michial E. Lindstrom
2230 Bright Star Ave
,

Date: 11/21/22    _/s/ Shirley A. Lindstrom_
Shirley A. Lindstrom
2230 Bright Star Ave
,

## ATTORNEY CERTIFICATION

I represent the above captioned Debtor(s) and hereby certify that I have explained to the Debtor(s) the averments set forth above, and to the best of my knowledge and belief, each Debtor identified above is in compliance with the provisions of 11 U.S.C. §§ 521, 1308, and 1328(a), and meets the eligibility requirements for a chapter 13 discharge pursuant to 11 U.S.C. §§ 1328(g)(1) and 1328(h).

MAXWELL & GILCHRIST, P.C.

Leslie Dyer Maxwell
7007 Wyoming Blvd. NE, Ste. A-1
Albuquerque, N.M. 87109
Telephone: (505) 999-1962
e-mail: lmaxwell@maxwellgilchrist.com
*Attorney for Debtor(s)*

NM LF 4004-1 (rev. 2/20/19)